KUSCHINSKI *v.* COHN.

COHN *v.* KUSCHINSKI.

APPEAL AND ERROR—CASE NOT SETTLED AND SIGNED BY JUDGE BRINGS NOTHING TO APPELLATE COURT.

> Where case was not settled and signed by trial judge or any one else, in accordance with Circuit Court Rule No. 66, there is nothing before Supreme Court to consider.

Appeals from Wayne; Covert (Frank L.), J., presiding. Submitted January 9, 1931. (Docket Nos. 68, 69, Calendar Nos. 35,033, 35,034.) Decided February 27, 1931. Rehearing denied June 1, 1931.

Bill by Leo Kuschinski and another against Morris Cohn to enjoin disturbance of plaintiffs' peaceable possession of premises.

Bill by Morris Cohn against Casper Kuschinski and another to set aside a mortgage foreclosure and for other relief. Appeals by Kuschinskis from decrees entered. Dismissed.

*Leo Kuschinski,* for appellants.

*Kennary, Minardo & Sklar,* for appellee.

POTTER, J. In neither of these cases was a case settled and signed by the trial judge, nor any one else, in accordance with Circuit Court Rule No. 66, then in force. There is, therefore, nothing before us to consider. Appeals dismissed, with costs to appellee.

BUTZEL, C. J., and WIEST, CLARK, McDONALD, SHARPE, NORTH, and FEAD, JJ., concurred.